UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASTECH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>REVERE PACKAGING, LLC,<br><br>    Defendant. | No. 2:22-cv-01700-TLN-CKD<br><br><br>**ORDER** |

    On January 8, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

    Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed on January 8, 2024 (ECF No. 12) are ADOPTED IN FULL ;
2. The Court GRANTS Plaintiff's Motion for Default Judgement against Defendant (ECF No. 9);
3. The Court AWARDS Plaintiff final judgment in the amount of $265,542.47, plus pre-judgment interest from March 15, 2023, through entry of judgment at a rate of 10 percent per annum and based on a 365-day year (a daily rate of approximately $72.7513); and
4. The Clerk of Court is directed to close this case.

Date:  February 2, 2024

_____
Troy L. Nunley
United States District Judge